TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
      Federal Building, Suite 7516AA
      300 North Los Angeles Street
      Los Angeles, CA 90012
      Telephone: (213) 894-2464
      Facsimile: (213) 894-7819
      Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PAUL WON PARK,<br><br>            Defendant. | No. CV 22-03266<br><br>[CR 16-0619-GW]<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**[FIDELITY BROKERAGE SERVICES LLC and CAPITAL ONE]**<br><br>[28 U.S.C. § 3205(c)(1)] |

TO GARNISHEES FIDELITY BROKERAGE SERVICES LLC and CAPITAL ONE:

The United States has filed an application for a writ of continuing garnishment against the nonexempt funds, assets, and/or property of defendant-judgment debtor Paul Won Park ("Defendant"), in the possession, custody, or control of garnishees Fidelity Brokerage Services LLC and Capital One ("Garnishees"). This writ of continuing garnishment is an enforcement action by the United States against Defendant in connection with the criminal judgment debt entered in *United States v. Paul Won Park*, CR 16-0619-GW, by the United States District Court for the Central District of California.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against Defendant as to each Garnishee for Defendant's nonexempt funds, assets, and/or property in the possession, custody, or control of each Garnishee. Provided, however, that this writ of continuing garnishment does not apply to Defendant's checking account at Capital One.

(2) On April 27, 2017, the Court entered the following Judgment and Commitment Order against Defendant:
- Restitution: $1,063,576.97
- Special assessment: $100.00

(3) As of May 11, 2022, Defendant's criminal debt balance is $720,009.20, not including penalties that may have been imposed.

(4) The names and addresses of Garnishees or the Garnishees' authorized agent are:

**Fidelity Brokerage Services LLC**
c/o C T Corporation System
330 N. Brand Boulevard
Suite 700
Glendale, California 91203

**Capital One**
Attn: Levy and Garnishment Team
P.O. Box 9970
Glen Allen, Virginia 23058-9970

1

(5)   The address for plaintiff United States of America is:

>   Office of the United States Attorney, Financial Litigation Section
>   Suite 7516AA-Federal Building, 300 N. Los Angeles Street
>   Los Angeles, California 90012

(6)   Defendant's Social Security Number is: XXX-XX-6028. His last known address is: Paul Won Park, Los Angeles, California.

(7)   Counsel for plaintiff United States of America is:

>   Robert I. Lester, Assistant United States Attorney
>   Ste. 7516AA-Federal Building, 300 N. Los Angeles Street
>   Los Angeles, California 90012

(8)   Counsel for Defendant is:

>   Vicki I. Podberesky
>   Andrues/Podberesky
>   818 West 7th Street, Suite 960
>   Los Angeles, CA 90017

(9)   Pending further and final order from the Court, each Garnishee is ordered to withhold and retain any funds, assets, and/or property of Defendant in the possession, custody, or control, of the Garnishee, beginning immediately until further order from the Court. 28 U.S.C. § 3205(c)(2)(F). Provided, however, that this writ of continuing garnishment does not apply to Defendant's checking account at Capital One.

EACH GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A)   Whether the Garnishee has custody, control or possession of any property of Defendant;

(B)   What is a description of the property and the value thereof;

(C)   Whether the Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D)   Whether the Garnishee anticipates owing any debt to Defendant in the future.

///

EACH GARNISHEE SHALL file its original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, CA 90012. Additionally, each Garnishee is required to serve a copy of the answer on Defendant, by and through his attorney, Vicki I. Podberesky, and also on the attorney for plaintiff United States of America: Robert I. Lester, Assistant United States Attorney, Financial Litigation Section, Suite 7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: May __, 2022.

_____
CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK