TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PAUL WON PARK,<br><br>        Defendant. | No. CV 22-03266-GW<br><br>[CR 16-0619-GW]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>      **and**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. § 3202(b)]**<br><br>[FIDELITY BROKERAGE SERVICES LLC and CAPITAL ONE] |

The Court, having considered the application of plaintiff United States of America for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a clerk's notice of continuing garnishment against defendant-judgment debtor Paul Won Park ("Defendant"), for nonexempt funds, assets, and/or property in the possession, custody, or control of garnishees Fidelity Brokerage Services LLC and Capital One ("Garnishees"), and it appearing to the Court that the issuance of such is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk shall issue a writ of continuing garnishment with respect to Garnishees; and

(2) The Clerk shall issue a clerk's notice of continuing postjudgment garnishment to Defendant by signing the forms submitted by the United States. +

DATED: May 17, 2022.

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE