TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>PAUL WON PARK,<br><br>          Defendant. | No. CV 22-03266-GW<br><br>[CR 16-0619-GW]<br><br>**CLERK'S 28 U.S.C. § 3202(b) NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT TO DEBTOR**<br><br>[FIDELITY BROKERAGE SERVICES LLC and CAPITAL ONE] |

TO DEFENDANT-JUDGMENT DEBTOR PAUL WON PARK:

You are hereby notified that the United States is seeking to take your funds, assets, and/or property held by garnishees Fidelity Brokerage Services LLC and Capital One. ("Garnishees"). This garnishment is a postjudgment enforcement of your criminal judgment debt as a result of your conviction and sentencing in *United States v. Paul Won Park*, CR 16-0619-GW.

On April 27, 2017, the Court entered the following Judgment and Commitment Order against you:

- Restitution: $1,063,576.97
- Special assessment: $100.00

As of May 11, 2022, your criminal debt balance is $720,009.20, not including penalties that may have been imposed.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States if you can show that the exemptions apply. Below is a summary of the only exemptions that apply to the enforcement of judgments for criminal fines and restitution under 18 U.S.C. § 3613:

1. Wearing apparel and school books.  26 U.S.C § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $10,090. 26 U.S.C. § 6334(a)(2) and (g).

3. Books and tools of a trade, business, or profession that do not exceed $5,050. 26 U.S.C. § 6334(a)(3) and (g).

4. Unemployment benefits.  26 U.S.C. § 6334(a)(4).

5. Undelivered mail.  26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments. - - Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay.  26 U.S.C. § 6334(a)(6).

7. Workmen's Compensation.  26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children. 26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments. 26 U.S.C. § 6334(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(12).

11. Disposable Earnings. The maximum part of the aggregate disposable earnings of an individual for any workweek which is subject to garnishment may not exceed 25% of the individual's disposable earnings for that week or the amount by which the individual's disposable earnings for that week exceed 30 times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less, or a multiple thereof when a pay period is other than a week. 15 U.S.C. § 1673(a).

You have a right to ask the Court to return your property to you if you think the property the government seeks qualifies under one of the above exemptions. Pursuant to 28 U.S.C. § 3202(d), if you want a hearing to request the Court to return your property based on your claim that an exemption applies, you must notify the Court within 20 days after receipt of this notice. You must make your request in writing, and you may use the Request for Hearing and/or Claim of Exemption Form in the attachment(s) to this notice to submit your request. You are <u>not</u> required to use this form. You must mail or deliver your request in person to the Clerk of the Court and send a copy to the United States government at the addresses provided below.

The hearing pursuant to 28 U.S.C. § 3202(d) will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon thereafter as possible. The Court will issue an order advising you of the time, place, and date of any hearing scheduled. At the hearing you may explain to the judge why you believe the property the government has taken is exempt. Under 28 U.S.C. § 3202(d), the issues at such a hearing shall be limited to (1) the probable validity of any claim of exemption by the judgment debtor; or (2) compliance with any statutory requirement for the issuance of the post-judgment remedy granted.

///

///

Each Garnishee has 10 days from receipt of the Writ of Garnishment to file an answer. Pursuant to 28 U.S.C. § 3205(c)(5), within 20 days after receipt of Garnishee's answer, you may file a written objection to Garnishee's answer and request a hearing based on your objections. Your written objection shall state the grounds for the objection and you bear the burden of proving such grounds. You must mail or deliver your written objection and request for a hearing to the Clerk of Court and send a copy to Garnishee, the United States and any interested party at the addresses listed below. The hearing pursuant to 28 U.S.C. § 3205(c)(5) shall be held within 10 days after the date the request is received by the Court, or as soon thereafter as practicable.

If you do not request a hearing pursuant to 28 U.S.C. § 3202(d) or 28 U.S.C. § 3205(c)(5), your property may be applied to the debt you owe the government.

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court and send a copy to the United States and the interested party at the addresses listed below.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

ADDRESSES:    <u>CLERK OF COURT</u>
Clerk of the Court
United States District Court
Central District of California
255 East Temple Street, Room 180
Los Angeles, California 90012

///
///

| | |
|---|---|
| 1 | UNITED STATES GOVERNMENT |
| 2 | United States Attorney's Office |
|   | Attn: Financial Litigation Section |
| 3 | 300 North Los Angeles Street, Room 7516AA |
|   | Los Angeles, California 90012 |

GARNISHEE
Fidelity Brokerage Services LLC
c/o C T Corporation System
330 N. Brand Boulevard
Suite 700
Glendale, California 91203

GARNISHEE
Capital One
Attn: Levy and Garnishment Team
P.O. Box 9970
Glen Allen, Virginia 23058-9970

DATED: May 17, 2022.                /s/ Javier Gonzalez
                                    DEPUTY CLERK,
                                    UNITED STATES DISTRICT COURT

4

# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL WON PARK<br><br>    Defendant. | No. CV 22-03266<br><br>[CR 16-0619-GW]<br><br>**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF GARNISHMENT**<br><br>**[FIDELITY BROKERAGE SERVICES LLC]** |

   I hereby request a hearing on the matter of Application for Writ of Garnishment filed by the United States with respect to Fidelity Brokerage Services LLC in this case.

   Check all that apply:

   [  ]   I think the property Garnishee is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

   [  ]   I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

   [  ]   I request a hearing in this district.

///

///

6

[ ]   I request a hearing and that this Court transfer the hearing to the federal district where I reside.

   I reside in _____(city), _____(state).

[ ]   I do not request a hearing.

_____   Address: _____
Defendant's Signature

DATED: _____.   Telephone No. _____
                                          (Include Area Code)

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

____   1.   I claim an exemption because the United States is trying to seize wearing apparel and school books that are necessary for me or for members of my family.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

____   2.   I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $10,090 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

____   3.   I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,050 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

____   4.   I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

____   5.   I claim an exemption because the United States is trying to seize undelivered mail.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

____   6.   I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

____   7.   I claim an exemption because the United States is trying to seize or garnish my Workmen's Compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

\_\_\_\_    8.   I claim an exemption because the United States is trying to seize or garnish funds that I owe as Child Support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

\_\_\_\_    9.   I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

\_\_\_\_    10.   I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. 29 U.S.C. §§ 1501 et. seq.; 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

\_\_\_\_    11.   The United States is seeking to garnish more than 25% of my disposable earnings or my earnings are below the statutory limit of 30 times the Federal minimum hourly wage. 18 U.S.C. § 3613(a)(3); 15 U.S.C. § 1673.

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____   _____
[Debtor's printed or typed name]           [Signature]

                                           _____
                                           [Date]

# ATTACHMENT B

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL WON PARK<br><br>　　　　Defendant. | No. CV 22-03266<br><br>[CR 16-0619-GW]<br><br>**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF GARNISHMENT**<br><br>**[CAPITAL ONE]** |

　　I hereby request a hearing on the matter of Application for Writ of Garnishment filed by the United States with respect to Capital One in this case.

　　Check all that apply:

　　[ ]　　I think the property Garnishee is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

　　[ ]　　I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

　　[ ]　　I request a hearing in this district.

///

///

11

1     [   ]     I request a hearing and that this Court transfer the hearing to the federal
2                district where I reside.
3                I reside in _____(city), _____(state).
4     [   ]     I do not request a hearing.

_____  Address: _____
Defendant's Signature

DATED: _____. Telephone No. _____
                                                                                 (Include Area Code)

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

____  1.   I claim an exemption because the United States is trying to seize wearing apparel and school books that are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

____  2.   I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $10,090 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

____  3.   I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,050 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

____  4.   I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

____  5.   I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

____  6.   I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

____  7.   I claim an exemption because the United States is trying to seize or garnish my Workmen's Compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

\_\_\_\_ 8. I claim an exemption because the United States is trying to seize or garnish funds that I owe as Child Support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

\_\_\_\_ 9. I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

\_\_\_\_ 10. I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. 29 U.S.C. §§ 1501 et. seq.; 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

\_\_\_\_ 11. The United States is seeking to garnish more than 25% of my disposable earnings or my earnings are below the statutory limit of 30 times the Federal minimum hourly wage. 18 U.S.C. § 3613(a)(3); 15 U.S.C. § 1673.

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____        _____
[Debtor's printed or typed name]                [Signature]

                                                _____
                                                [Date]