UNITED STATES DISTRICT COURT
Northern District of California

UNITED STATES OF AMERICA
Plaintiff,

Case No. CV 22-03266-GW

vs.

PAUL WON PARK
Defendant



## ANSWER OF GARNISHEE

1. Dominique Dembo, being duly deposed says as follows:

2. I am an employee of Fidelity Investments, and my official title is Senior Compliance Advisor.

3. The following Answer of Garnishee is provided in lieu of the form answer provided by the Plaintiff.

4. Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies. Fidelity Workplace Services LLC ("Fidelity") provides administrative recordkeeping services for the Riot Games 401K Plan ("the Plan") which is subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services are provided in accordance with the terms of the Plan documents and are based on administrative procedures that have been established at the direction of the Plan sponsor, Riot Games.

5. On or about November 14, 2022, Fidelity received a Writ of Garnishment.

6. This Answer of Garnishee is provided at the direction of the Plan sponsor, Riot Games.

7. The Defendant is a terminated participant in the Riot Games 401K Plan. (if active and under age 59.5 there is not a distributable event)

8. Fidelity has received no previous garnishments relative to the Defendant.

9. Fidelity is the administrative record keeper for the Riot Games in which the Defendant has a vested account balance of $81,256.75 as of November 14, 2022. Fidelity states that the value of this account may fluctuate with changing market conditions.

10. Fidelity has placed a restriction from any distributions on the Defendant's Plan accounts.

11. Please note that the taxable portion of any Plan distribution issued as a result of an Order to Pay or Order to Turnover from the abovementioned case is subject to 20% mandatory federal income tax withholding under Internal Revenue Code Section 3405(c), any mandatory state income withholding, and 18 U.S.C. § 3613(c), if applicable.

12. Fidelity mailed a copy of this Answer by first-class mail on November 22, 2022, to (1) Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, CA 90012. (2) Defendant, by and through his attorney, Vicki I. Podberesky, 818 West 7th Street, Suite 960 Los Angeles, CA 90017. (3) Attorney for plaintiff United States of America: Robert I. Lester, Assistant United States Attorney, Financial Litigation Section, Suite 516AA, Federal Building, 300 North Los Angeles Street. Los Angeles, CA 90012.

_____
Dominique Dembo
Senior Compliance Advisor

STATE OF MASSACHUSETTS

State of  Massachusetts

County of  Suffolk

On this day of November 22, 2022 , before me, the undersigned notary public, personally appeared Dominique Dembo, proved to me through satisfactory evidence of identification, which were driver's license, to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose.

In Witness Whereof, I hereunto set my hand and serial number.

Notary Public



My Commission Expires

Elvia I. McCormack
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 7, 2024



November 22, 2022

U.S Attorney's Office for the Central District of California
Attn: Financial Litigation Section
Federal Building Room 7516
300 North Los Angeles Street
Los Angeles, California 90012

Re: U.S. v. Paul Won Park
Case No: CV 22-3266-GW

Dear Sir/Madam:

    Enclosed herewith please find the Answer of Garnishee.

    Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies. Fidelity Workplace Services LLC ("Fidelity") provides administrative recordkeeping services for the Riot Games 401K Plan ("the Plan") which is subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services are provided in accordance with the terms of the Plan documents and are based on administrative procedures that have been established at the direction of the Plan sponsor, Riot Games

    Please contact me should you have any questions regarding this matter at WHCGRgulatoryMatters@fmr.com.

Very truly yours,

Dominique Dembo
Senior Manager of Compliance,

Enclosures

cc:     United States Attorney's Office
       Vicki Podberesky- Attorney for Defendant

Fidelity Investment
245 Summer St
Boston MA 02210

FIRST CLASS



United States District Court
ATTN: Clerk
255 E. Temple Street
Room 180
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY







U.S. POSTAGE PAID
FCM LG ENV
JAMAICA PLAIN, MA
NOV 23, 22
AMOUNT
$5.44
R2304H108234-44